1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )   MAG. NO.  2:11-MJ-0327 CKD
                                    )
12                                  )
              Plaintiff,             )   ORDER
13      v.                           )
                                    )
14 STACEY ANNE MABREY,              )
                                    )
15                                  )
              Defendant.             )
16 _____  )

18                                **ORDER**

   The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:11-MJ-0327 CKD against defendant STACEY ANNE MABREY is GRANTED.

   Dated: February 2, 2012

   _____
   CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

                                    2